UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RE: Charles Herbert Hand, III    :    CHAPTER    7
     Mandy Michelle Robinson    :
                                          :
SSN: xxx-xx-7527    :    CASE NO.:    22-40122
        xxx-xx-3252    :

## DEBTOR'S AFFIDAVIT IN REGARDS TO 521 (a)(1)(iv)

**COMES NOW** the Debtors in the above referenced case and states as follows:

**1.**

We are the Debtors in the above referenced case.

**2.**

We do not have all pay advices on income as referred to in 11 U.S.C. § 521 (a)(1)(iv) in the 60 days prior to the filing of the above referenced case. However, attached are those that we do have.

Executed on _____3-31_____, 2022

_____
Charles Herbert Hand, III

_____
Mandy Michelle Robinson

*Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview*

**Driggers Construction of Middle Georgia**
PO Box 933
Bonaire, GA 31005

| Voucher Date | Voucher Number |
|---|---|
| 02/25/2022 | 1410 |

### Direct Deposit Advice

*** This is not a check***

| Direct Deposit Amount | ******1,652.09 |
|---|---|

**Direct Deposit Voucher**
016785   34 02/25/22 1410
**Charles H. Hand III**
382 Robinson Rd
Butler, GA 31006

*Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview*

RP_010_8201_Y © 2012 ReadyPayY

**Charles H. Hand III**   **February 25, 2022**   **1410**

| Emp Id | 34 | Loc | 100 | Period Begin | 02/06/22 | Net Pay | 1,652.09 |
|---|---|---|---|---|---|---|---|
| SSN | XXX-XX-7527 | Hire Date | 11/08/21 | Period End | 02/19/22 | Dir Dep | 1,652.09 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

#### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Commission | 0.00 | | 1,000.00 | 4,000.00 |
| Salary | 0.00 | | 1,000.00 | 4,000.00 |
| | 0.00 | | 2,000.00 | 8,000.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M1-0 | 2,000.00 | 104.65 | 418.60 |
| OASDI | | 2,000.00 | 124.00 | 496.00 |
| Medicare | | 2,000.00 | 29.00 | 116.00 |
| Medicare - Additional | | 2,000.00 | 0.00 | 0.00 |
| Georgia SITW | MJ1-0 | 2,000.00 | 90.26 | 361.04 |
| | | | 347.91 | 1,391.64 |

#### Payment Summary for Voucher 1410

| Total Gross Pay | 2,000.00 |
|---|---|
| Federal Taxes | -257.65 |
| State and Local Taxes | -90.26 |
| Other Deductions | 0.00 |
| Net Pay | 1,652.09 |
| Direct Deposits | -1,652.09 |
| Net Check | 0.00 |

#### Additional Information

#### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Robins Financial Credit U | Ends with ***8706 | 1,652.09 |
| | | 1,652.09 |

*Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview*

**Driggers Construction of Middle Georgia**
PO Box 933
Bonaire, GA 31005

Voucher Date: 02/11/2022
Voucher Number: 1398

## Direct Deposit Advice

\*\*\* This is not a check\*\*\*

Direct Deposit Amount          \*\*\*\*\*\* 1,652.09

\*\*Direct Deposit Voucher\*\*
016785    34   02/11/22   1398
**Charles H. Hand III**
382 Robinson Rd
Butler, GA 31006

*Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview*

RP_010_8201_Y © 2012 ReadyPayY

**Charles H. Hand III**           **February 11, 2022**           **1398**

| | | | | | | |
|---|---|---|---|---|---|---|
| Emp Id | 34 | Loc | 100 | Period Begin | 01/23/22 | Net Pay | 1,652.09 |
| SSN | XXX-XX-7527 | Hire Date | 11/08/21 | Period End | 02/05/22 | Dir Dep | 1,652.09 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Commission | 0.00 | | 1,000.00 | 3,000.00 |
| Salary | 0.00 | | 1,000.00 | 3,000.00 |
| | 0.00 | | 2,000.00 | 6,000.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M1-0 | 2,000.00 | 104.65 | 313.95 |
| OASDI | | 2,000.00 | 124.00 | 372.00 |
| Medicare | | 2,000.00 | 29.00 | 87.00 |
| Medicare - Additional | | 2,000.00 | 0.00 | 0.00 |
| Georgia SITW | MJ1-0 | 2,000.00 | 90.26 | 270.78 |
| | | | 347.91 | 1,043.73 |

### Payment Summary for Voucher 1398

| | |
|---|---|
| Total Gross Pay | 2,000.00 |
| Federal Taxes | -257.65 |
| State and Local Taxes | -90.26 |
| Other Deductions | 0.00 |
| Net Pay | 1,652.09 |
| Direct Deposits | -1,652.09 |
| Net Check | 0.00 |

### Additional Information

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Robins Financial Credit U | Ends with \*\*\*8706 | 1,652.09 |
| | | 1,652.09 |

*Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview*

**Driggers Construction of Middle Georgia**
PO Box 933
Bonaire, GA 31005

Voucher Date: 01/28/2022
Voucher Number: 1385

## Direct Deposit Advice

*** This is not a check***

Direct Deposit Amount ****** 1,652.09

**Direct Deposit Voucher**
016785   34   01/28/22   1385
**Charles H. Hand III**
382 Robinson Rd
Butler, GA 31006

*Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview*

RP_010_8201_Y © 2012 ReadyPayY

**Charles H. Hand III**        **January 28, 2022**        **1385**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | 34 | Loc | 100 | Period Begin | 01/09/22 | Net Pay | 1,652.09 |
| SSN | XXX-XX-7527 | Hire Date | 11/08/21 | Period End | 01/22/22 | Dir Dep | 1,652.09 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Commission | 0.00 | | 1,000.00 | 2,000.00 |
| Salary | 0.00 | | 1,000.00 | 2,000.00 |
| | 0.00 | | 2,000.00 | 4,000.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M1-0 | 2,000.00 | 104.65 | 209.30 |
| OASDI | | 2,000.00 | 124.00 | 248.00 |
| Medicare | | 2,000.00 | 29.00 | 58.00 |
| Medicare - Additional | | 2,000.00 | 0.00 | 0.00 |
| Georgia SITW | MJ1-0 | 2,000.00 | 90.26 | 180.52 |
| | | | 347.91 | 695.82 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Robins Financial Credit U | Ends with ***8706 | 1,652.09 |
| | | 1,652.09 |

### Payment Summary for Voucher 1385

| | |
|---|---|
| Total Gross Pay | 2,000.00 |
| Federal Taxes | -257.65 |
| State and Local Taxes | -90.26 |
| Other Deductions | 0.00 |
| Net Pay | 1,652.09 |
| Direct Deposits | -1,652.09 |
| Net Check | 0.00 |

### Additional Information

*Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview*

**Driggers Construction of Middle Georgia**
PO Box 933
Bonaire, GA 31005

**Voucher Date** 01/14/2022      **Voucher Number** 1372

## Direct Deposit Advice

*** This is not a check***

**Direct Deposit Amount**      ****** 1,652.09

**Direct Deposit Voucher**
016785   34  01/14/22  1372
**Charles H. Hand III**
382 Robinson Rd
Butler, GA 31006

*Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview*

RP_010_8201_Y © 2012 ReadyPayY

**Charles H. Hand III**            **January 14, 2022**            **1372**

| | | | | |
|---|---|---|---|---|
| Emp Id | 34 | Loc | 100 | Period Begin | 12/26/21 | Net Pay | 1,652.09 |
| SSN | XXX-XX-7527 | Hire Date | 11/08/21 | Period End | 01/08/22 | Dir Dep | 1,652.09 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Commission | 0.00 | | 1,000.00 | 1,000.00 |
| Salary | 0.00 | | 1,000.00 | 1,000.00 |
| | 0.00 | | 2,000.00 | 2,000.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M1-0 | 2,000.00 | 104.65 | 104.65 |
| OASDI | | 2,000.00 | 124.00 | 124.00 |
| Medicare | | 2,000.00 | 29.00 | 29.00 |
| Medicare - Additional | | 2,000.00 | 0.00 | 0.00 |
| Georgia SITW | MJ1-0 | 2,000.00 | 90.26 | 90.26 |
| | | | 347.91 | 347.91 |

### Payment Summary for Voucher 1372

| | |
|---|---|
| Total Gross Pay | 2,000.00 |
| Federal Taxes | -257.65 |
| State and Local Taxes | -90.26 |
| Other Deductions | 0.00 |
| Net Pay | 1,652.09 |
| Direct Deposits | -1,652.09 |
| Net Check | 0.00 |

### Additional Information

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Robins Financial Credit U | Ends with ***8706 | 1,652.09 |
| | | 1,652.09 |

*Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview*

**Driggers Construction of Middle Georgia**
PO Box 933
Bonaire, GA 31005

| Voucher Date | Voucher Number |
|---|---|
| 12/31/2021 | 1361 |

## Direct Deposit Advice

*** This is not a check***

**Direct Deposit Amount**  ****** 1,645.46

**\*\*Direct Deposit Voucher\*\***
016785   34 12/31/21 1361
**Charles H. Hand III**
382 Robinson Rd
Butler, GA 31006

*Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview*

RP_010_8201_Y © 2012 ReadyPayY

| Charles H. Hand III | December 31, 2021 | | | | 1361 |
|---|---|---|---|---|---|
| Emp Id | 34 | Loc | 100 | Period Begin | 12/12/21 | Net Pay | 1,645.46 |
| SSN | XXX-XX-7527 | Hire Date | 11/08/21 | Period End | 12/25/21 | Dir Dep | 1,645.46 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Commission | 0.00 | | 1,000.00 | 2,000.00 |
| Salary | 0.00 | | 1,000.00 | 2,000.00 |
| | 0.00 | | 2,000.00 | 4,000.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M1-0 | 2,000.00 | 108.85 | 217.70 |
| OASDI | | 2,000.00 | 124.00 | 248.00 |
| Medicare | | 2,000.00 | 29.00 | 58.00 |
| Medicare - Additional | | 2,000.00 | 0.00 | 0.00 |
| Georgia SITW | MJ1-0 | 2,000.00 | 92.69 | 185.38 |
| | | | 354.54 | 709.08 |

### Payment Summary for Voucher 1361

| Total Gross Pay | 2,000.00 |
|---|---|
| Federal Taxes | -261.85 |
| State and Local Taxes | -92.69 |
| Other Deductions | 0.00 |
| Net Pay | 1,645.46 |
| Direct Deposits | -1,645.46 |
| Net Check | 0.00 |

### Additional Information

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Robins Financial Credit U | Ends with ***8706 | 1,645.46 |
| | | 1,645.46 |

*Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview*

**Driggers Construction of Middle Georgia**
PO Box 933
Bonaire, GA 31005

**Voucher Date** 12/17/2021    **Voucher Number** 1344

## Direct Deposit Advice

\*\*\* This is not a check\*\*\*

**Direct Deposit Amount**    \*\*\*\*\*\* 1,645.46

\*\*Direct Deposit Voucher\*\*
016785   34  12/17/21  1344
**Charles H. Hand III**
382 Robinson Rd
Butler, GA 31006

*Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview*

RP_010_8201_Y © 2012 ReadyPayY

**Charles H. Hand III**          **December 17, 2021**          **1344**

| Emp Id | 34 | Loc | 100 | Period Begin | 11/28/21 | Net Pay | 1,645.46 |
|---|---|---|---|---|---|---|---|
| SSN | XXX-XX-7527 | Hire Date | 11/08/21 | Period End | 12/11/21 | Dir Dep | 1,645.46 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Commission | 0.00 | | 1,000.00 | 1,000.00 |
| Salary | 0.00 | | 1,000.00 | 1,000.00 |
| | 0.00 | | 2,000.00 | 2,000.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M1-0 | 2,000.00 | 108.85 | 108.85 |
| OASDI | | 2,000.00 | 124.00 | 124.00 |
| Medicare | | 2,000.00 | 29.00 | 29.00 |
| Medicare - Additional | | 2,000.00 | 0.00 | 0.00 |
| Georgia SITW | MJ1-0 | 2,000.00 | 92.69 | 92.69 |
| | | | 354.54 | 354.54 |

### Payment Summary for Voucher 1344

| | |
|---|---|
| Total Gross Pay | 2,000.00 |
| Federal Taxes | -261.85 |
| State and Local Taxes | -92.69 |
| Other Deductions | 0.00 |
| Net Pay | 1,645.46 |
| Direct Deposits | -1,645.46 |
| Net Check | 0.00 |

### Additional Information

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Robins Financial Credit U | Ends with \*\*\*8706 | 1,645.46 |
| | | 1,645.46 |

Social Security Administration
# Benefit Verification Letter

Date: March 8, 2022
BNC#: 22TP983D08068
REF: A, DI

MANDY MICHELLE ROBINSON
382 ROBINSON RD
BUTLER GA  31006-4206

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

### Information About Current Social Security Benefits

Beginning December 2021, the full monthly Social Security benefit before any deductions is $996.40.

We deduct $170.10 for medical insurance premiums each month.

The regular monthly Social Security payment is $826.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on April 4, 2015.

### Information About Past Social Security Benefits

From December 2020 to November 2021, the full monthly Social Security benefit before any deductions was $940.90.

We deducted $148.50 for medical insurance premiums each month.

The regular monthly Social Security payment was $792.00.
(We must round down to the whole dollar.)

### Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

See Next Page

22TP983D08068 Page 2 of 3

## Information About Supplemental Security Income Payments

Beginning October 2017, the current Supplemental Security Income payment is $0.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

Payments were stopped beginning October 2017.

We found that you became disabled under our rules on April 4, 2015.

## Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

## Medicare Information

You are entitled to hospital insurance under Medicare beginning October 2017.

You are entitled to medical insurance under Medicare beginning October 2017.

Your Medicare number is 9QM8GN7RK65. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

## Date of Birth Information

The date of birth shown on our records is December 8, 1975.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 1-877-784-3688. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
7263 NORTH LAKE DR
COLUMBUS GA 31909