**SO ORDERED.**

**SIGNED this 10 day of May, 2022.**



John T. Laney, III
**United States Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 PROCEEDING |
| | : | |
| **CHARLES H. HAND III** | : | CASE NO: **22-40122 JTL** |
| **MANDY M. ROBINSON** | : | |
| | : | |
| Debtor(s) | : | |
| | : | |

### ORDER

The debtor having filed a Motion for Change of Divisional Venue, and having provided Notice of said motion to all interested parties, and no objection to said Motion having been filed by any party; it is hereby

**ORDERED, ADJUDGED and DECREED** that the relief prayed for in the debtor's Motion is hereby granted, and the case is transferred from the Columbus Division to the Macon Division.

### END OF DOCUMENT

Prepared by:
Alex Sanders
Attorney for Debtor
Kelley, Lovett, Blakey & Sanders, P.C.
577 Mulberry Street
Macon, GA 31201
(478) 841-9467
State Bar No.081012